

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JOHN DOE.<br>_____<br><br>JOHN DOE,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,<br><br>        Respondent,<br><br>ANASTASSIA KREZOUB, AKA Sylvia Kass and UNITED STATES OF AMERICA,<br><br>        Real Parties in Interest. | No. 24-3422<br><br>D.C. No.<br>8:23-cr-00042<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: CANBY, TASHIMA, and KOH, Circuit Judges.

The district court's May 28, 2024 order to publicly docket the sentencing memorandum on June 3, 2024 is stayed. The sentencing memorandum will remain under seal pending resolution of this petition or further order of this court.

The parties have stipulated to an extension of the 72-hour deadline for resolution of this petition. *See* 18 U.S.C. § 3771(d)(3). Because there are no ongoing proceedings in the district court, the 72-hour deadline is extended. *See In*

*re Doe*, 50 F.4th 1247, 1253 (9th Cir. 2022) ("[T]he parties can agree to an extension of the 72-hour deadline with our approval, so long as the extension does not involve a stay or continuance of the underlying district court proceedings for more than five days.").

Real parties in interest must file answers to the petition within 21 days. The district court may file an answer simultaneously if it so desires. The optional reply in support of the petition is due within 7 days after service of the answers.

The Clerk will place this case on the next available calendar. *See* 9th Cir. Gen. Ord. 3.3(f).

The Clerk will serve a copy of this order on the district court and District Judge Carney.