# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-3422

**Case Name** Doe v. U.S. District Court for the Central District of California

Hearing Location (*city*) Pasadena

Your Name Terra D. Castillo Laughton

List the sitting dates for the two sitting months you were asked to review:

October 7-11 & 21-25
November 4-8 & 18-22

Do you have an unresolvable conflict on any of the above dates? ◉ Yes  ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

October 7: Pretrial conference in trial matter in which I am sole counsel
October 21: Sentencing in trial matter in which I am sole counsel
October 22-25: Trial in criminal case in which I am sole counsel
November 7: Pretrial conference in trial matter in which I am sole counsel

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** /s/ Terra D. Castillo Laughton     **Date** 6/13/2024

(use "s/[typed name]" *to sign electronically-filed documents*)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**                                                         *New 12/01/2018*