UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: JOHN DOE.

———————————————

JOHN DOE,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,

        Respondent,

ANASTASSIA KREZOUB, AKA Sylvia Kass and UNITED STATES OF AMERICA,

        Real Parties in Interest.

No. 24-3422

D.C. No. 8:23-cr-00042
Central District of California, Los Angeles

ORDER

    Petitioner's motion to close the oral argument to the public is denied without prejudice. Given the legal issues in this proceeding, there is no need for the Court or counsel to discuss any sensitive factual matter. Counsel should frame their arguments accordingly.

                                         FOR THE COURT:

                                         MOLLY C. DWYER
                                         CLERK OF COURT